**Ann M. BEATY, Plaintiff–Appellant,**

v.

**The PALMETTO BANK, Defendant–Appellee.**

No. 00–2504.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2001.

Decided April 2, 2001.

Ann M. Beaty, pro se.

Stephen Clay Keim, Edwards, Ballard, Bishop, Sturm, Clark & Keim, Spartanburg, SC, for appellee.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Ann M. Beaty appeals the district court's orders granting Defendant's Fed.

R.Civ.P. 12(b)(6) motion and denying her Fed.R.Civ.P. 59(e) motion in her civil action in which she alleges claims of employment discrimination based upon disability. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. *Beaty v. Palmetto Bank,* No. CA–99–1271–6–24AK (D.S.C. Sept. 13 & Oct. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*